IN US DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> JODY SHERRY-BERG, <br><br> Defendant. | Case No. 3:25-CR-00086 <br><br><br> **MOTION FOR CONTINUANCE** <br> **FEDERAL TRIAL** |

1. This matter comes before the Court on a Motion to Continue the Jury Trial in the above captioned case. The Jury Trial is currently scheduled for Tuesday, June 24, 2025 at 9:00 a.m.

2. Defense has spoken to the Government. The Government does not object to this continuance. Moreover, the parties agree this continuance is appropriate to provide the necessary amount of time to resolve this case without needing a trial.

Dated this Monday, June 9, 2025

_____
Samuel A. Gereszek (ND Bar ID # 07040)
**GERESZEK LAW OFFICE P.L.L.C.**
311 S. 4th St., Suite 110
Grand Forks, ND 58201
Telephone: (701) 780-9276
Eservice: eserve@gereszek.law
**ATTORNEY FOR THE DEFENDANT**